1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pasqua Yaqui Tribe, et al., | No. CV-20-00266-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Environmental Protection Agency, et al., | |
| Defendants. | |

On October 16, 2020, a telephonic Case Management Conference was held before Judge Márquez's law clerk, with Janette Brimmer and Stuart Gillespie for Plaintiffs and Daniel Pinkston and Hubert Lee for Defendants in attendance.  Prior to the Conference, the parties prepared a Joint Case Management Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.  Pursuant to Fed. R. Civ. P. 26(a)(1)(B)(i), this case is exempt from initial-disclosure requirements.

On the basis of the Case Management Conference and the Joint Case Management Report, and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED:**

1. <u>Administrative Record.</u>  Defendants shall submit certified indices for the 2019 and 2020 Rule administrative record on or before **November 16, 2020**.  Motions to challenge or supplement the administrative record are due on or before **January 15, 2021**.

. . . .

2. <u>Cross-Motions for Summary Judgment.</u>

    a. Plaintiffs shall file a motion for summary judgment on all claims within 30 days after the Court's resolution of administrative record challenges or, if no such challenges are filed, on or before **March 12, 2021**. Plaintiffs' motion for summary judgment shall be limited to 14,000 words, as computed by F.R.A.P. 32(f).

    b. Defendants shall file a response/cross-motion for summary judgment within the later of 60 days after Plaintiffs file their motion or **May 14, 2021**. Defendants' response/cross-motion shall be limited to 14,000 words, as computed by F.R.A.P. 32(f).

    c. Plaintiffs shall file a reply/response to cross-motion within the later of 45 days after Defendants file their response/cross-motion or **July 2, 2021**. Plaintiffs' reply/response to cross-motion shall be limited to 14,000 words, as computed by F.R.A.P. 32(f).

    d. Defendants shall file a reply in support of their cross-motion for summary judgment within the later of 30 days after Plaintiffs file their reply/response to cross-motion or **August 6, 2021**. Defendants' reply shall be limited to 7,000 words, as computed by F.R.A.P. 32(f).

    e. Except as provided above, all motions, memoranda, and pleadings submitted for the Court's review and decision must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules. The parties are advised to pay particular attention to LRCiv. 7.2 and 56.1.

    f. Any filing which is submitted with more than one exhibit must be accompanied by a Table of Contents and indexed with tabs corresponding to the Table of Contents.

. . . .

g.  Regarding courtesy copies of documents for chambers, the parties are directed to review the Court's Electronic Case Filing Administrative Policies and Procedures Manual, available online at http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.  Pursuant to Section II(D) of that Manual, courtesy copies should be printed directly from CM/ECF.

3.  <u>Good Faith Settlement Negotiations.</u>  The parties are encouraged to discuss settlement at all times during the pendency of this litigation.  The Court will set a settlement conference before a Magistrate Judge upon request of the parties.  Counsel shall file a brief Joint Settlement Status Report (containing no specific settlement terms or offers) on or before **September 23, 2021**, and every **90 days** thereafter.  The parties shall promptly notify the Court if settlement is reached during the course of this litigation.

4.  <u>Sanctions for Failure to Meet Deadlines.</u>  The parties and their counsel are cautioned that the deadlines set in this Scheduling Order shall be strictly enforced and may be modified only for good cause and with leave of Court.  The parties are warned that failure to meet any of the deadlines in this Order or in the Federal or Local Rules without substantial justification may result in sanctions, including dismissal of the action or entry of default.  Motions for extensions of any of the deadlines set forth above must be filed prior to the expiration of the deadline(s) that the movant seeks to extend.

Dated this 28th day of October, 2020.

_____
Honorable Rosemary Márquez
United States District Judge

- 3 -