1   Stuart C. Gillespie (CO Bar No. 42861) *(admitted pro hac vice)*
    EARTHJUSTICE
2   633 17th Street, Suite 1600
    Denver, CO 80202
3   (303) 996-9616
    sgillespie@earthjustice.org
4

5   Janette K. Brimmer (WA Bar No. 41271) *(admitted pro hac vice)*
    EARTHJUSTICE
6   810 Third Avenue, Suite 610
    Seattle, WA 98104
7   (206) 343-7340
    jbrimmer@earthjustice.org
8

9   *Counsel for Pascua Yaqui Tribe, Quinault Indian Nation,*
    *Menominee Indian Tribe of Wisconsin, Tohono O'odham*
10  *Nation, Fond du Lac Band of Lake Superior Chippewa,*
    *and Bad River Band of Lake Superior Chippewa*

11
                    UNITED STATES DISTRICT COURT
12                   FOR THE DISTRICT OF ARIZONA
                            AT TUCSON
13

14  Pascua Yaqui Tribe; Quinault Indian Nation;
    Fond Du Lac Band of Lake Superior            Case No. 4:20-cv-00266-RM
15  Chippewa; Menominee Indian Tribe of
    Wisconsin; Tohono O'odham Nation; and        Assigned Judge: Rosemary Márquez
16  Bad River Band of Lake Superior Chippewa,
                                                 **JOINT MOTION FOR EXTENSION**
17                               Plaintiffs,      **OF TIME TO FILE MOTION TO**
                                                 **CHALLENGE OR SUPPLEMENT**
18          v.                                    **ADMINISTRATIVE RECORDS AND**
                                                 **TO BRIEFING SCHEDULE**
19  United States Environmental Protection
    Agency; Andrew Wheeler, in his official
20  capacity as Administrator of the United
    States Environmental Protection Agency;
21  United States Army Corps of Engineers; and
    R.D. James, in his official capacity as
22  Assistant Secretary of the Army for Civil
    Works,
23

24                              Defendants.

25
                                      -1-
26

The parties jointly move for a sixty-day extension of time for Plaintiffs to file any motions to challenge or supplement the administrative record, as well as a sixty-day extension of time for the briefing schedule. This is the parties' first request for an extension of the deadline for any such motions and for the briefing schedule. A sixty-day extension would result in the following schedule:

1. Motions to challenge or supplement the administrative record: on or before **March 16, 2021**.

2. Plaintiffs' motion for summary judgment on all claims: within 30 days after the Court's resolution of administration record challenges, or, if no such challenges are filed, on or before **May 11, 2021**.

3. Defendants' response/cross-motion for summary judgment: within the later of 60 days after Plaintiffs file their motion or **July 13, 2021**.

4. Plaintiffs' reply/response to cross-motion: within the later of 45 days after Defendants file their response/cross-motion or **August 31, 2021**.

5. Defendants' reply in support of their cross-motion: within the later of 30 days after Plaintiffs file their reply/response to cross-motion or **October 5, 2021**.

6. Joint Settlement Status Report: on or before **November 22, 2021** and every **90 days** thereafter.

Good cause exists for granting the motion:

1. The Environmental Protection Agency (EPA) and the Army Corps of Engineers (Corps) lodged their administrative records with the Court on November 16, 2020.

2.  The Plaintiffs sent the Defendants a letter on November 24, 2020, requesting that EPA and the Corps produce privilege logs and noting that the Plaintiffs continue to review the administrative record.

3.  The parties discussed the contents of the administrative record on December 4, 2020.

4.  The parties are still in the process of discussing the contents of the administrative record.

The parties request additional time to continue discussions regarding the contents of the administrative record. Should the parties be unable to reach an agreement, the Plaintiffs will file any motion to challenge or supplement the administrative record on or before March 16, 2021, as set forth above. Alternatively, if the parties are able to reach an agreement on the administrative record, extending the briefing schedule by a commensurate sixty days will provide additional time to proceed to briefing the merits of the case.

DATED: January 4, 2021

*s/ Stuart G. Gillespie*
Stuart C. Gillespie, CO # 42861
   *(admitted pro hac vice)*
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org

Janette K. Brimmer, WSBA # 41271
   *(admitted pro hac vice)*
EARTHJUSTICE
810 Third Avenue, Suite 610

Seattle, WA  98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa*

*s/ Hubert T. Lee*

Hubert T. Lee
Trial Attorney
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
150 M Street NE, Room 4.1116
Washington, DC 20002
(202) 514-1806
Hubert.lee@usdoj.gov

Daniel Pinkston
Senior Trial Attorney
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1804
Daniel.pinkston@usdoj.gov

*Counsel for Defendants*