IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pasqua Yaqui Tribe, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency, et al.,<br><br>    Defendants. | No. CV-20-00266-TUC-RM<br><br>**ORDER** |

Pending before the Court is the parties' first Joint Motion for Extension of Time. (Doc. 23.) The parties seek a 60-day extension of the deadlines set forth in the Court's Scheduling Order (Doc. 20), to allow the parties additional time to continue discussions regarding the contents of the administrative record. The Court will grant the requested extension but is not inclined to grant further extensions absent exceptional circumstances.

**IT IS ORDERED** that the Joint Motion for Extension of Time (Doc. 23) is **granted**, as follows:

1. <u>Administrative Record.</u>  Motions to challenge or supplement the administrative record are due on or before **March 16, 2021**.
2. <u>Cross-Motions for Summary Judgment.</u>
    a. Plaintiffs shall file a motion for summary judgment on all claims within 30 days after the Court's resolution of administrative record challenges or, if no such challenges are filed, on or before **May 11, 2021**.

      b. Defendants shall file a response/cross-motion for summary judgment within the later of 60 days after Plaintiffs file their motion or **July 13, 2021**.

      c. Plaintiffs shall file a reply/response to cross-motion within the later of 45 days after Defendants file their response/cross-motion or **August 31, 2021**.

      d. Defendants shall file a reply in support of their cross-motion for summary judgment within the later of 30 days after Plaintiffs file their reply/response to cross-motion or **October 5, 2021**.

3. <u>Good Faith Settlement Negotiations.</u> Counsel shall file a brief Joint Settlement Status Report (containing no specific settlement terms or offers) on or before **November 22, 2021**, and every **90 days** thereafter.

4. All other provisions of the Court's Scheduling Order remain in full force and effect.

Dated this 8th day of January, 2021.

_____
Honorable Rosemary Márquez
United States District Judge