Stuart C. Gillespie (CO Bar No. 42861) *(admitted pro hac vice)*
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org

Janette K. Brimmer (WA Bar No. 41271) *(admitted pro hac vice)*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, Fond du Lac Band of Lake Superior Chippewa, and Bad River Band of Lake Superior Chippewa*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA AT TUCSON

| | |
|---|---|
| PASCUA YAQUI TRIBE; QUINAULT INDIAN NATION; FOND DU LAC BAND of LAKE SUPERIOR CHIPPEWA; MENOMINEE INDIAN TRIBE of WISCONSIN; TOHONO O'ODHAM NATION; and BAD RIVER BAND OF LAKE SUPERIOR CHIPPEWA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency; UNITED STATES ARMY CORPS OF ENGINEERS; and R.D. JAMES, in his official capacity as Secretary of the Army for Civil Works, <br><br> Defendants. | Case No. 4:20-cv-00266-RM <br><br> Assigned Judge: Rosemary Márquez <br><br> **NOTICE OF SUPPLEMENTAL INFORMATION FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION FOR STAY** |

Plaintiffs Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa (the "Tribes") hereby file this Notice of Supplemental Information in support of the Tribes' Opposition to Defendants' Motion to Stay this case (the "Motion"). The Tribes filed their brief in opposition to the Motion on March 4, 2021 at which time the Tribes provided the court with information concerning application of the Navigable Waters Protection Rule (the "Rule") that is the subject of this case. *See*, Dkt. No. 26, attachments 1 and 2.

This Notice provides the court with additional new information that is directly relevant to the Motion under consideration and concerns application of the Rule by defendant U.S. Army Corps of Engineers (the "Corps") to exclude waters from the protections of the Clean Water Act. The additional information provided with this Notice was not known to the Tribes at the time the Tribes filed their Opposition to the Motion.

First, the Tribes recently became aware of information compiled by the U.S. Environmental Protection Agency ("EPA") demonstrating ongoing jurisdictional determinations regarding waters of the United States protected by the Clean Water Act. *See* EPA, Clean Water Act Approved Jurisdictional Determinations, https://perma.cc/WZN8-BV9A ("EPA AJDs") (data as of Mar. 17, 2021).[1] The EPA data shows that over 90% of the jurisdictional determinations made by the Corps under the Rule have resulted in a "nonjurisdictional" determination meaning the water in question is not regulated under the Rule's unduly narrow interpretation of the Clean Water Act.

Second, the Tribes recently learned, through an E&E News story published on

---

[1] The Tribes learned about this information on March 18, 2021, when the Southern Environmental Law Center ("SELC") filed a brief asking to lift the stay of their challenge to the Rule in the U.S. District Court in the District of South Carolina, Case No. 2:20-cv-01687-BHH, Dkt. No. 112. SELC cited to EPA's data at page 6 of that brief. The EPA data can be downloaded in spreadsheet form from https://watersgeo.epa.gov/cwa/cwa-JDS/.

March 19, 2021,[2] that the Corps is processing requests for jurisdictional determinations on the fastest pace it has achieved since at least 2016.  Since finalizing the Rule in June 2020, the Corps has made 5,300 jurisdictional determinations according to the Corps' data, which was obtained by E&E News and presented in its story.  Of the 55,519 waters reviewed in those determinations, the Corps determined more than 40,000 waters—approximately 72%—did not meet the requirements for regulatory protections under the Rule.

DATED:  March 22, 2021

*s/ Janette K. Brimmer*
Janette K. Brimmer, WSBA # 41271
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA  98104
(206) 343-7340
jbrimmer@earthjustice.org

Stuart C. Gillespie, CO # 42861
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa*

---

[2] *See* E&E News, Exclusive: Trump rule imperils 70% of U.S. Waterways (Mar. 19, 2021) (attached as Ex. 1).  A copy of the E&E News story is attached as Exhibit 1 to this Notice for the Court's convenience.  The story is also available online at https://www.eenews.net/greenwire/2021/03/19/stories/1063727993?utm_campaign=edition&utm_medium=email&utm_source=eenews%3Agreenwire.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2021, I electronically filed the foregoing NOTICE OF SUPPLEMENTAL INFORMATION FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION FOR STAY with the Clerk of the District Court using the CM/ECF system, which will send notice of this filing by e-mail to all counsel of record.

Daniel Pinkston, CO #11423
999 18th Street,
South Terrace, Suite 370,
Denver, CO 80202
daniel.pinkston@usdoj.gov
Phone: (303) 844-1804
Facsimile: (303) 844-1350

*Attorney for Defendants*

*s/ Janette K. Brimmer*
Janette K. Brimmer
