Stuart C. Gillespie (CO Bar No. 42861) *(admitted pro hac vice)*
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org

Janette K. Brimmer (WA Bar No. 41271) *(admitted pro hac vice)*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, Fond du Lac Band of Lake Superior Chippewa, and Bad River Band of Lake Superior Chippewa*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA AT TUCSON

| | |
|---|---|
| PASCUA YAQUI TRIBE; QUINAULT INDIAN NATION; FOND DU LAC BAND of LAKE SUPERIOR CHIPPEWA; MENOMINEE INDIAN TRIBE of WISCONSIN; TOHONO O'ODHAM NATION; and BAD RIVER BAND OF LAKE SUPERIOR CHIPPEWA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency; UNITED STATES ARMY CORPS OF ENGINEERS; and R.D. JAMES, in his official capacity as Secretary of the Army for Civil Works, <br><br> Defendants. | Case No. 4:20-cv-00266-RM <br><br> Assigned Judge: Rosemary Márquez <br><br> **SECOND NOTICE OF SUPPLEMENTAL INFORMATION FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION FOR ABEYANCE** |

        Plaintiffs Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa (the "Tribes") hereby file this Second Notice of Supplemental Information in support of the Tribes' Opposition to Defendants' Motion for an Abeyance (the "Motion").  The Tribes filed their brief in opposition to the Motion on March 4, 2021 at which time the Tribes provided the court with information concerning application of the Navigable Waters Protection Rule (the "Rule") that is the subject of this case.  *See*, Dkt. No. 26, attachments 1 and 2.

        In particular, the Tribes described the U.S. Army Corps of Engineers' efforts to fast-track a request to eliminate jurisdiction over the Rosemont mine site based on the Rule, thereby giving the mining company a free pass to destroy some of Arizona's richest streams and ecosystems.  *Id.* at 8.  For over a decade, the Corps and mining company have agreed that the Rosemont mine site contains 101.6 acres of potentially jurisdictional waters, including 154 individual ephemeral streams and springs that encompass 18 stream miles, and two wetlands.  ECF No. 26-1, Ex. B at 3.  The company cannot therefore develop the Rosemont mine without obtaining a Section 404 Permit in compliance with the Clean Water Act.  ECF 26 at 5-6.  To eliminate this requirement, however, the mining company hastily asked the Corps to categorically disclaim jurisdiction over the mine site based on the new Rule's exclusions.  *Id.* at 6.  Such a revocation would cause irreversible harm to the Tohono O'odham Nation and Pascua Yaqui Tribe, whose members consider the life-giving waters on the mine site sacred to their cultures.  *Id.* at 8.

        This Second Notice provides the Court with additional new information that is directly relevant to the Motion under consideration and concerns the Corps' application of the Rule to completely exclude waters at the Rosemont mine site from the protections of the Clean Water Act.  Today, the Corps issued a decision concluding that "waters of the United States do not occur within the review area" under the new Rule's categorical

exclusions.  *See* Letter from Colonel Julie A. Balten to Matt Bingham (March 24, 2021), attached as Ex. 1.  This abrupt decision underscores the Corps' ongoing efforts to apply the Rule to revoke critical Clean Water Act protections, thereby causing damage to the Tribes' and the Nation's waters.

DATED:  March 25, 2021

*s/ Stuart Gillespie*
Stuart C. Gillespie, CO # 42861
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org

Janette K. Brimmer, WSBA # 41271
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA  98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2021, I electronically filed the foregoing Second Notice of Supplemental Authority with the Clerk of the District Court using the CM/ECF system, which will send notice of this filing by e-mail to all counsel of record.

Daniel Pinkston
Hubert T. Lee
999 18th Street,
South Terrace, Suite 370,
Denver, CO 80202
daniel.pinkston@usdoj.gov
Phone: (303) 844-1804
Facsimile: (303) 844-1350

*Attorney for Defendants*

*s/ Stuart C. Gillespie*
Stuart C. Gillespie