Stuart C. Gillespie (CO Bar No. 42861) *(admitted pro hac vice)*
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org

Janette K. Brimmer (WA Bar No. 41271) *(admitted pro hac vice)*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, Fond du Lac Band of Lake Superior Chippewa, and Bad River Band of Lake Superior Chippewa*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA AT TUCSON

| | |
|---|---|
| PASCUA YAQUI TRIBE, *et. al*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et. al*,<br><br>　　　　　　　　　Defendants,<br><br>and<br><br>ARIZONA ROCK PRODUCTS ASSOCIATION, *et. al*,<br><br>　　　　　Intervenors-Defendants,<br><br>and<br><br>CHANTELL SACKETT; MICHAEL SACKETT,<br><br>　　　　　Proposed Defendant-Intervenors. | Case No. 4:20-cv-00266-RM<br><br>Assigned Judge: Rosemary Márquez<br><br>**PLAINTIFFS' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

1

The Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lak Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and the Bad River Band of Lake Superior Chippewa (the "Tribes") respectfully file this Statement of Facts in support of their Motion for Summary Judgment.

The Tribes seek judicial review of the Trump Administration's Navigable Waters Protection Rule, along with the repeal of the Obama Administration's Clean Water Rule, on the grounds that both rules are contrary to law, contrary to the intent and purpose of the Clean Water Act, contrary to science and the administrative record, and are therefore arbitrary and capricious. All claims in this case are governed by the standard of review under the Administrative Procedure Act, 5 U.S.C. §§ 551 et seq, which requires this Court to hold unlawful and set aside agency action, findings, and conclusions that are found to be arbitrary, capricious, an abuse of agency discretion or otherwise not in accordance with the law, *id*. § 706(2)(A), or agency actions that are in excess of statutory jurisdiction, authority or limitations, or short of statutory right, *id*. § 706(2)(C).

When the Court reviews an administrative agency decision under the APA, as is the case here, "summary judgment is an appropriate mechanism for deciding the legal question of whether the agency could reasonably have found the facts as it did." *Occidental Eng'g Co. v. INS*, 753 F.2d 766, 770 (9th Cir. 1985). Courts have an obligation to undertake a "searching and careful" review of the administrative record, *Marsh v. Or. Nat. Res. Council*, 490 U.S. 360, 378 (1989), and courts "may not supply a reasoned basis for the agency's action that the agency itself has not given." *Nw. Coal. for Alternatives to Pesticides (NCAP) v. U.S. E.P.A.*, 544 F.3d 1043, 1048 (9th Cir. 2008) (quoting *Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 43 (1983)).

Because this case involves review of final agency action and an administrative record, the "facts" necessary for resolution of this motion for summary judgment are set forth in the Administrative Record lodged with the Court. ECF Nos. 21-1, 22-2. The

Tribes have not therefore filed a separate statement of material facts, but instead have summarized the undisputed facts in the Administrative Record in the background section of their memorandum in support of their motion for summary judgment, as provided by LRCiv.56.1(a).

The Tribes have also provided the Court with an Excerpts of Record to ease its review of the cited record materials given that the record was filed in two parts and is confusing. The Tribes will cite to the Exhibits in the record as "Ex." with the exhibit number and excerpt pagination. The Index to the Excerpts will include the official record citation so that the Court can cross-reference the documents, if needed. The Tribes have also moved to complete and/or supplement the administrative record with a limited set of documents, as indicated in their memorandum in support of their motion for summary judgment. Those documents are identified separately in the Index to the Excerpts.

DATED:  May 11, 2021

s/ Janette K. Brimmer
Janette K. Brimmer, WSBA # 41271
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA  98104
(206) 343-7340
jbrimmer@earthjustice.org

Stuart C. Gillespie, CO # 42861
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa*

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2021, I electronically filed the foregoing **PLAINTIFFS' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of the District Court using the CM/ECF system, which will send notice of this filing by e-mail to all counsel of record.

Daniel Pinkston, CO #11423
999 18th Street,
South Terrace, Suite 370,
Denver, CO 80202
daniel.pinkston@usdoj.gov
Phone: (303) 844-1804
Facsimile: (303) 844-1350

*Attorney for Defendants*

Bradley J. Glass (022463)
Stuart S. Kimball (026681)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
brad.glass@gknet.com
stuart.kimball@gknet.com
Phone: (602) 530-8000
Facsimile: (602) 530-8500

*Attorneys for Intervenors-Defendants*

JAMES M. MANLEY, Ariz. Bar. No. 031820
Pacific Legal Foundation
3241 E Shea Boulevard, # 108
Phoenix, Arizona 85028
jmanley@pacificlegal.org
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

ANTHONY L. FRANÇOIS, Cal. Bar. No. 184100*
CHARLES T. YATES, Cal. Bar No. 327704*
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
afrancois@pacificlegal.org
cyates@pacificlegal.org
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Proposed Defendant-Intervenors
Chantell and Michael Sackett*

                                                                      s/ Janette K. Brimmer