UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA AT TUCSON

| | |
|---|---|
| Pascua Yaqui Tribe, *et al.*,<br>      Plaintiffs,<br>   v.<br><br>United States Environmental Protection Agency, *et al.*,<br><br>      Defendants,<br> and<br><br>Arizona Rock Products Association, *et al.*,<br><br>      Intervenors-Defendants,<br>and<br><br>Chantell Sackett; Michael Sackett,<br><br>      Intervenors-Defendants. | Case No. 4:20-cv-00266-RM<br><br>Assigned Judge: Rosemary Márquez<br><br>**DECLARATION OF STUART C. GILLESPIE** |

**DECLARATION OF STUART C. GILLESPIE**

I, Stuart C. Gillespie, declare as follows:

    1.    My name is Stuart C. Gillespie. I am over 21 years of age and fully competent and duly authorized to make this declaration.

    2.    I submit this declaration in support of Plaintiffs Pascua Yaqui Tribe, Quinault Indian Nation, Menominee Indian Tribe of Wisconsin, Fond du Lac Band of Lake Superior Chippewa, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa ("Tribes"), who oppose the Army Corp of Engineers ("Corps") and U.S. Environmental Protection Agency's ("EPA") (together, "Agencies") Motion for Voluntary Remand of the Navigable Waters Protection Rule ("NWPR") Without Vacatur and Motion for Abeyance of Briefing on the 2019 Rule Claims.

1

3. Attached as Exhibit A is a true and correct copy of a June 9, 2021, email from Karen Gude, Tribal Program Coordinator, Office of Water, U.S. Environmental Protection Agency, to Tribal Partners, titled "EPA, Army Announce Intent to Revise Definition of WOTUS." The email explains that the EPA and U.S. Army Corps "have concerns with the NWPR, including that it is causing significant, ongoing, and irreversible environmental damage."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2021, in Denver, Colorado.

*Stuart C. Gillespie* (signature)

Stuart C. Gillespie

# EXHIBIT A

| | |
|---|---|
| **From:** | Gude, Karen |
| **Cc:** | CWAwotus |
| **Subject:** | EPA, Army Announce Intent to Revise Definition of WOTUS |
| **Date:** | Wednesday, June 9, 2021 2:00:56 PM |

Dear Tribal Partners,

The U.S. Environmental Protection Agency and Department of the Army (the agencies) intend to establish a new definition of "waters of the United States" to better protect our nation's vital water resources that support public health, environmental protection, agricultural activity, and economic growth. In addition, U.S. Department of Justice filed a motion requesting remand of the 2020 Navigable Waters Protection Rule (NWPR) in the District Court of Massachusetts on June 9, 2021.

Executive Order 13990 on "Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis" directed EPA and the Army to review and, as appropriate and consistent with applicable law, take action to revise or replace the NWPR defining "waters of the United States." EPA and the Army have completed this review and determined that they have concerns with the NWPR, including that it is causing significant, ongoing, and irreversible environmental damage.

The agencies intend to pursue a new rulemaking process to replace the NWPR with a durable definition of "waters of the United States." In the interim, the NWPR is still in effect across the country. Further details of the agencies' plans, including opportunity for public participation, will be conveyed in a forthcoming action.

The agencies' new regulatory effort will be guided by:
- Protecting water resources and our communities consistent with the Clean Water Act.
- Considering the latest science and the effects of climate change on our waters.
- Emphasizing effective implementation.
- Reflecting the experience of landowners, the agricultural community that fuels and feeds the world, states, tribes, environmental organizations, and community organizations.

The Clean Water Act prohibits the discharge of pollutants from a point source into navigable waters. Navigable waters are defined in the Act as "the waters of the United States, including the territorial seas." Thus, "waters of the United States" is a threshold term establishing the geographic scope of federal jurisdiction under the Clean Water Act. It is not defined by the Act but has been defined by EPA and the Army in regulations since the 1970s.

To learn more about the definition of waters of the United States, visit https://www.epa.gov/wotus.

Please contact CWAwotus@epa.gov with any questions.


Karen Gude
Tribal Program Coordinator
Office of Water
U.S. Environmental Protection Agency

(202) 564-0831 (desk)
(202) 713-6032 (mobile)