Stuart C. Gillespie (CO Bar No. 42861) *(admitted pro hac vice)*
Alexandra O. Schluntz (MA Bar No. 704320) *(admitted pro hac vice)*
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org
aschluntz@earthjustice.org

Janette K. Brimmer (WA Bar No. 41271) *(admitted pro hac vice)*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Plaintiffs Pascua Yaqui Tribe, Quinault Indian Nation, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, Fond du Lac Band of Lake Superior Chippewa, and Bad River Band of Lake Superior Chippewa*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA AT TUCSON

| | |
|---|---|
| Pascua Yaqui Tribe, *et al.*, <br>     Plaintiffs, <br>   v. <br><br> United States Environmental Protection Agency, *et al.*, <br>     Defendants, <br> and <br><br> Arizona Rock Products Association, *et al.*, <br>     Intervenors-Defendants, <br> and <br><br> Chantell Sackett; Michael Sackett, <br>     Intervenors-Defendants. | Case No. 4:20-cv-00266-RM <br><br> Assigned Judge: Rosemary Márquez <br><br> **PLAINTIFFS' MOTION TO ACCELERATE BRIEFING SCHEDULE** |

Pursuant to Local Rules 7 and 56, Plaintiffs Pascua Yaqui Tribe, Quinault Indian Nation, Menominee Indian Tribe of Wisconsin, Fond du Lac Band of Lake Superior Chippewa, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa ("Tribes") request an acceleration of the current schedule for summary judgment briefing in this case.

Summary judgment briefing in this case has already commenced.  In accordance with the current scheduling order, the Tribes filed their Motion for Summary Judgment on May 11, 2021.  ECF 47.  The current schedule provides that Cross Motions and Responses are due from the Army Corp of Engineers and U.S. Environmental Protection Agency's ("Agencies") and intervenors July 13, 2021.  The Tribes' final response/reply is due August 31, 2021, and the Agencies and Intervenors' final replies are not due until October 5, 2021.  *See* ECF 24.

The Tribes request modification of the schedule for the last two briefs in the sequence and the request is based upon the assumption that the July 13, 2021 filing date will not be modified or delayed.  The Tribes request acceleration of the schedule such that the Tribes' final response/reply on summary judgment is due **August 6, 2021**, and the Agencies' and intervenors' final replies are due **September 3, 2021**.

In compliance with the local rules, the Tribes have inquired into the positions of the parties on the Tribes' Motion to Accelerate the summary judgment briefing schedule. The Agencies and the Defendant-Intervenors Arizona Rock Products Association et al. oppose the Motion to Accelerate.  The Defendant-Intervenors Chantell and Michael Sackett do not oppose the Tribes' Motion to Accelerate.

1

The Tribes respectfully request this Court modify and accelerate the remainder of the summary judgment briefing schedule providing a schedule as follows:

Defendants' and Intervenors' Cross Motions and Response………..July 13, 2021

Plaintiffs' Response to Cross Motions and Reply…………………August 6, 2021

Defendants' and Intervenors' Reply……………………………September 3, 2021

DATED:  July 9, 2021

s/ Janette K. Brimmer
Janette K. Brimmer, WSBA # 41271
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA  98104
(206) 343-7340
jbrimmer@earthjustice.org

Stuart C. Gillespie, CO # 42861
Alexandra O. Schluntz, MA # 704320
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa*

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2021, I electronically filed the foregoing **PLAINTIFFS' MOTION TO ACCELERATE BRIEFING SCHEDULE** with the Clerk of the District Court using the CM/ECF system, which will send notice of this filing by e-mail to all counsel of record.

Daniel Pinkston, CO #11423
999 18th Street,
South Terrace, Suite 370,
Denver, CO 80202
daniel.pinkston@usdoj.gov
Phone: (303) 844-1804
Facsimile: (303) 844-1350

*Attorney for Defendants*

Bradley J. Glass (022463)
Stuart S. Kimball (026681)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
brad.glass@gknet.com
stuart.kimball@gknet.com
Phone: (602) 530-8000
Facsimile: (602) 530-8500

*Attorneys for Intervenors-Defendants*
*Arizona Rock Products Association et al.*

JAMES M. MANLEY, Ariz. Bar. No. 031820
Pacific Legal Foundation
3241 E Shea Boulevard, # 108
Phoenix, Arizona 85028
jmanley@pacificlegal.org
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

ANTHONY L. FRANÇOIS, Cal. Bar. No. 184100*
CHARLES T. YATES, Cal. Bar No. 327704*
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
afrancois@pacificlegal.org
cyates@pacificlegal.org
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Intervenors-Defendants*
*Chantell and Michael Sackett*

                                            s/ Janette K. Brimmer