JAMES M. MANLEY, Ariz. Bar No. 031820
Pacific Legal Foundation
3241 E Shea Boulevard, # 108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
jmanley@pacificlegal.org

ANTHONY L. FRANÇOIS, Cal. Bar No. 184100*
CHARLES T. YATES, Cal. Bar No. 327704*
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
afrancois@pacificlegal.org
cyates@pacificlegal.org

*Attorneys for Defendant-Intervenors*
*Chantell and Michael Sackett*

*pro hac vice

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe, et al., <br> Plaintiffs, <br> v. <br> United States Environmental Protection Agency, et al., <br> Defendants, <br> and <br> Arizona Rock Products Association, et al., <br> Defendant-Intervenors, <br> and <br> Chantell Sackett; Michael Sackett, <br> Defendant-Intervenors. | No. CV-20-00266-TUC-RM <br><br> **DEFENDANT-INTERVENORS THE SACKETTS' CROSS-MOTION FOR SUMMARY JUDGMENT** <br><br> **Oral Argument Requested** |

1

Pursuant to Federal Rule of Civil Procedure 56, LRCiv. 56.1, and LRCiv. 7.2, Defendant-Intervenors Chantell and Michael Sackett (the "Sacketts") hereby move for summary judgment as to Counts I and II in this action, to the extent those Counts challenge the "adjacent wetlands" provisions of "The Navigable Waters Protection Rule: Definition of 'Waters of the United States,'" 85 Fed. Reg. 22,250 (Apr. 21, 2020) (the Rule). For the reasons set forth in the accompanying memorandum, the Navigable Waters Protection Rule's exclusion of non-abutting wetlands from federal authority is compelled by statute and Plaintiffs are not entitled to any relief on their claims against the Rule's definition of "adjacent wetlands."

This Motion is based on the Sacketts' Answer to Plaintiffs' Complaint; the accompanying memorandum of points and authorities; the accompanying statement of facts; the documents previously filed in this action; and any other material the Court may consider in the briefing and oral argument of this matter. The Sacketts respectfully request oral argument on this Motion.

DATED this 13th day of July, 2021.

    Respectfully submitted,

    JAMES M. MANLEY
    ANTHONY L. FRANÇOIS
    CHARLES T. YATES

    By    /s/ James M. Manley
            JAMES M. MANLEY

*Attorneys for Defendant-Intervenors Chantell and Michael Sackett*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

This Cross-Motion for Summary Judgment complies with the type-volume limitations set forth in ECF Nos. 20, 24, and 70, because it (combined with the accompanying Memorandum in Support of Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment), contains 13,726 words, as computed by Fed. R. App. P. 32(f).

DATED this 13th day of July, 2021.

By  /s/ James M. Manley
    JAMES M. MANLEY