JAMES M. MANLEY, Ariz. Bar No. 031820
Pacific Legal Foundation
3241 E Shea Boulevard, # 108
Phoenix, Arizona 85028
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
jmanley@pacificlegal.org

ANTHONY L. FRANÇOIS, Cal. Bar No. 184100*
CHARLES T. YATES, Cal. Bar No. 327704*
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
afrancois@pacificlegal.org
cyates@pacificlegal.org

*Attorneys for Defendant-Intervenors*
*Chantell and Michael Sackett*

*pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe, et al.,<br>         Plaintiffs,<br>v.<br>United States Environmental Protection Agency, et al.,<br>         Defendants,<br>and<br>Arizona Rock Products Association, et al.,<br>         Defendant-Intervenors,<br>and<br>Chantell Sackett; Michael Sackett,<br>         Defendant-Intervenors. | No. CV-20-00266-TUC-RM<br><br>**DEFENDANT-INTERVENORS THE SACKETTS' STATEMENT OF FACTS IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

1

Defendant-Intervenors Chantell and Michael Sackett (the "Sacketts") respectfully file this Statement of Facts in support of their Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment.

All claims in this case are governed by standard of review set forth in the Administrative Procedure Act (APA), 5 U.S.C. § 551, *et seq*. *See* ECF No. 1. Under the APA standard of review, a reviewing court "shall hold unlawful and set aside" agency actions found to be "arbitrary, capricious, an abuse of agency discretion, or otherwise not in accordance with the law." 5 U.S.C. § 706(2)(A).

When summary judgment is sought in an action that is governed by the APA, the motion serves as "the mechanism for deciding as a matter of law, whether the agency action is supported by the administrative record and otherwise consistent with the APA standard of review." *W. Watersheds Project v. U.S. Forest Serv.*, No. CV-11-08128-PCT-NVW, 2012 WL 6589349, at *4 n.3 (D. Ariz. Dec. 17, 2012), *aff'd*, 603 F. App'x 612 (9th Cir. 2015) (quoting *San Joaquin River Grp. Auth. v. Nat'l Marine Fisheries Serv.*, 819 F. Supp. 2d 1077, 1083–84 (E.D. Cal. 2011)). As such, the "function of the district court" in a challenge to final agency action under the APA is not "to resolve any facts" but rather "to determine whether or not as a matter of law the evidence in the administrative record permitted the agency to make the decision it did." *Occidental Eng'g Co. v. I.N.S.*, 753 F.2d 766, 769 (9th Cir. 1985). As such, when reviewing a motion for summary judgment in an APA case, the usual standard set forth in Federal Rule of Civil Procedure 56(c) does not apply. *See Scholl v. Mnuchin*, 494 F. Supp. 3d 661, 673 (N.D. Cal. 2020).

As such, the Sacketts do not submit a separate statement of facts in support of their cross-motion for summary judgment, pursuant to LRCiv. 56.1(a). Nor do they submit a separate statement of controverting facts in support of their opposition to the Plaintiffs' motion for summary judgment, pursuant to LRCiv. 56.1(b).

///

///

///

DATED this 13th day of July, 2021.

               Respectfully submitted,

               JAMES M. MANLEY
               ANTHONY L. FRANÇOIS
               CHARLES T. YATES

               By     /s/ James M. Manley
                        JAMES M. MANLEY

*Attorneys for Defendant-Intervenors*
*Chantell and Michael Sackett*