D. Lee Decker (Bar No. 013202)
Bradley J. Glass (Bar No. 022463)
Stuart S. Kimball (Bar No. 026681)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
dld@gknet.com
brad.glass@gknet.com
stuart.kimball@gknet.com

Attorneys for Business-Intervenors-Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PASQUA YAQUI TRIBE, *ET AL.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *ET AL.*,<br><br>Defendants,<br><br>and<br><br>ARIZONA ROCK PRODUCTS ASSOCIATION, *ET AL.*,<br><br>Business-Intervenors-Defendants,<br><br>and<br><br>CHANTELL SACKETT AND MICHAEL SACKETT,<br><br>Intervenors-Defendants. | No. 4:20-cv-00266-TUC-RM<br><br>**BUSINESS-INTERVENORS-DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Honorable Rosemary Márquez) |

Pursuant to Federal Rule of Civil Procedure 56 and LRCiv 56.1, Business-Intervenors-Defendants Arizona Rock Products Association; National Stone, Sand, and Gravel Association; Arizona Cattle Feeders Association; Home Builders Association of Central Arizona; Arizona Farm and Ranch Group; Arizona Farm Bureau; and Arizona Chapter Associated General Contractors (together, "Business-Intervenors") hereby move

1

for summary judgment on all claims set forth in the Complaint (Doc. 1) filed by Plaintiffs Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'Odham Nation, and Bad River Band of Lake Superior Chippewa (together, "Plaintiffs").  This Cross-Motion for Summary Judgment is supported by the accompanying Memorandum in Support of Cross-Motion for Summary Judgment and Response in Opposition to Plaintiffs' Motion for Summary Judgment, Separate Statement of Facts in Support of Cross-Motion for Summary Judgment, and Standing Declaration of Steve Trussell.

For the reasons stated in Business-Intervenors' Memorandum and based upon the administrative record, Business-Intervenors respectfully request that the Court grant summary judgment in their favor on all claims set forth in Plaintiffs' Complaint, deny Plaintiffs' request for summary judgment, and enter a final judgment in favor of Business-Intervenors.

RESPECTFULLY SUBMITTED this 13th day of July, 2021.

GALLAGHER & KENNEDY, P.A.

By: */s/ Bradley J. Glass*
D. Lee Decker
Bradley J. Glass
Stuart Kimball
2575 East Camelback Road
Phoenix, Arizona  85016-9225

Attorneys for Business-Intervenors-Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on July 13th, 2021, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                                                */s/ Bradley J. Glass*
                                                Bradley J. Glass

8587038v1/21054-0011