D. Lee Decker (Bar No. 013202)
Bradley J. Glass (Bar No. 022463)
Stuart S. Kimball (Bar No. 026681)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
dld@gknet.com
brad.glass@gknet.com
stuart.kimball@gknet.com

Attorneys for Business-Intervenors-Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PASQUA YAQUI TRIBE, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *ET AL.*, <br><br> Defendants, <br><br> and <br><br> ARIZONA ROCK PRODUCTS ASSOCIATION, *ET AL.*, <br><br> Business-Intervenors-Defendants, <br><br> and <br><br> CHANTELL SACKETT AND MICHAEL SACKETT, <br><br> Intervenors-Defendants. | No. 4:20-cv-00266-TUC-RM <br><br> **BUSINESS-INTERVENORS DEFENDANTS' SEPARATE STATEMENT OF FACTS IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT** <br><br> (Assigned to the Honorable Rosemary Márquez) |

Pursuant to LRCiv 56.1(a), Business-Intervenors-Defendants Arizona Rock Products Association; National Stone, Sand, and Gravel Association; Arizona Cattle Feeders Association; Home Builders Association of Central Arizona; Arizona Farm and Ranch Group; Arizona Farm Bureau; and Arizona Chapter Associated General

1

Contractors (together, "Business-Intervenors") hereby file their Separate Statement of Facts in Support of Cross-Motion for Summary Judgment.

1. This matter involves a challenge under the Administrative Procedures Act ("APA"). Specifically, Plaintiffs challenge final regulatory action by the U.S. Environmental Protection Agency ("EPA") and the U.S. Army Corps of Engineers ("Corps") (together, the "Agencies") on two matters. *See* Complaint at 2-3 (Doc. 1).

2. The first challenged action is the Agencies' 2019 repeal (84 Fed. Reg. 56,626 (Oct. 22, 2019)) ("Repeal Rule") of the definition of "waters of the United States" ("WOTUS") adopted by the Agencies in 2015 (80 Fed. Reg. 37,054 (June 29, 2015)) ("2015 Rule"). *Id.*

3. Numerous parties appealed the 2015 Rule, both in federal circuit and district courts, and, in response to these appeals, several district courts stayed or enjoined the 2015 Rule. Notably, the United States District Court for the District of North Dakota enjoined the 2015 Rule in thirteen states, including in Arizona, just before the effective date of the 2015 Rule. *See North Dakota v. EPA*, 127 F. Supp. 3d 1047 (D.N.D. 2015).

4. The second challenged action is the Agencies' promulgation in 2020 of the Navigable Waters Protection Rule ("NWPR") (85 Fed. Reg. 22,250 (Apr. 21, 2020)) that revised the definition of WOTUS to better track the congressional purposes underlying the Clean Water Act ("CWA") to protect navigable waters and to preserve state authority under the Tenth Amendment over land and water use. *Id.*

5. Business-Intervenors intervened to defend the Repeal Rule and NWPR because both fully complied with the APA; are a lawful interpretation of the CWA; and observe constitutional boundaries and comply with statutory language and Supreme Court precedent. *See* Unopposed Motion to Intervene (Doc. 33) and Order Granting Intervention (Doc. 43).

6. Business-Intervenors have attached the Standing Declaration of Steve Trussell as **Exhibit A**, which demonstrates Business-Intervenors have standing to defend both the Repeal Rule and NWPR.

7. Because this matter involves a challenge under the APA, the Agencies filed certified indices of the administrative records for both the Repeal Rule and the NWPR with the Court. *See* Docs. 21 and 22. Those indices contain citations and hyperlinks to the individual documents in the administrative record. *Id.*

8. The administrative records contain the facts and information required for the Court to decide this matter on the merits.

9. Accordingly, Business-Intervenors have provided citations and hyperlinks to the administrative records in their Memorandum in Support of Cross-Motion for Summary Judgment and Response in Opposition to Plaintiffs' Motion for Summary Judgment filed concurrently herewith.

RESPECTFULLY SUBMITTED this 13th day of July, 2021.

                GALLAGHER & KENNEDY, P.A.

                By: */s/ Bradley J. Glass*
                    D. Lee Decker
                    Bradley J. Glass
                    Stuart S. Kimball
                    2575 East Camelback Road
                    Phoenix, Arizona 85016-9225

                    Attorneys for Business-Intervenors-Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2021, I electronically transmitted the foregoing Separate Statement of Facts to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                                            */s/ Bradley J. Glass*
                                            Bradley J. Glass

8586437v1/21054-0011