# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pasqua Yaqui Tribe, et al., | No. CV-20-00266-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Environmental Protection Agency, et al., | |
| Defendants. | |

**IT IS ORDERED** that a hearing on Defendants' Motion for Voluntary Remand Without Vacatur (Doc. 72) and on Plaintiff's Motion to Expedite Briefing Schedule (Doc. 75) is set for **Wednesday, August 4, 2021, at 3:15 p.m.**, before the Honorable Rosemary Márquez, at the United States District Court for the District of Arizona, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, AZ 85701.  The parties should refer to the Court's lobby monitors to check on the location of this hearing.

Dated this 28th day of July, 2021.

Honorable Rosemary Márquez
United States District Judge