Stuart C. Gillespie (CO Bar No. 42861) *(admitted pro hac vice)*
Alexandra Schluntz (MA Bar No. 704320) *(admitted pro hac vice)*
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org
aschluntz@earthjustice.org

Janette K. Brimmer (WA Bar No. 41271) *(admitted pro hac vice)*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, Fond du Lac Band of Lake Superior Chippewa, and Bad River Band of Lake Superior Chippewa*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA AT TUCSON

| | |
|---|---|
| Pascua Yaqui Tribe, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> United States Environmental Protection Agency, *et al.*, <br><br> Defendants, <br> and <br><br> Arizona Rock Products Association, *et al.*, <br><br> Intervenors-Defendants, <br> and <br><br> Chantell Sackett; Michael Sackett, <br><br> Intervenors-Defendants. | Case No. 4:20-cv-00266-RM <br><br> Assigned Judge: Rosemary Márquez <br><br> **RESPONSE TO INTERVENORS-DEFENDANTS' NOTICE OF SUPPLEMENTAL INFORMATION** |

Plaintiffs Pascua Yaqui Tribe *et al.* ("Tribes") hereby respond to the Notice of Supplemental Information ("Notice") and Declaration of Don Parrish ("Declaration"), ECF No. 91, filed by Business-Intervenors Arizona Rock Products Association, *et al.* ("Industry"), to support Defendants' ("Agencies") Motion for Remand.  The Notice and Declaration are (1) untimely and not authorized by the rules, and (2) do not contain "new" information that could not have been provided as part of any of the multiple filings made by Industry over the last month.

First, the rules are clear:  Industry had an obligation to provide its response to the Motion for Remand within 14 days—no later than July 16, 2021.  *See* LRCiv 7.2(c).[1]  The Notice and Declaration were not, however, filed until August 6, 2021, a full three weeks late.  Industry has failed to provide any excuse for this clear violation of the rules.[2]

Second, the Notice and Declaration do not include any new information (that is, information that has come to light since the hearing), nor information or arguments that could not have been raised in Industry's response to the Motion to Remand.  To the extent that the Declaration purports to answer questions of the Court at the hearing, those questions went directly to the very factors that *Industry* had an obligation to satisfy in the first instance to demonstrate that this is one of the "limited circumstances" where the Court should forego the presumptive remedy of vacatur.  *Pollinator Stewardship Council*

---

[1] The Motion for Remand was filed on July 2, 2021, ECF No. 72, and fully briefed by the parties.  The Tribes, the Sackett Intervenors, and Industry Intervenors all filed responses within those 14 days (with the Tribes filing within 7 days).  *See* ECF Nos. 74 (Tribes' response), 84 (Sacketts' response), and 85 (Industry's response).  This Court also conducted a hearing on the motion on August 4, which it took under advisement.  *See* ECF No. 92 (minute order).

[2] In fact, the information in the Notice and Declaration isn't even prepared for this case, but rather a separate case pending in a different jurisdiction.  Apparently, Industry has been unable or unwilling to develop information to support its position in this case in a timely fashion.

*v. EPA*, 806 F.3d 520, 532 (9th Cir. 2015); *see also Ctr. for Food Safety v. Vilsack*, 734 F. Supp. 2d 948, 951 (N.D. Cal. 2010). Industry had multiple opportunities to address those factors in its pleadings and in its argument at hearing. In fact, given that the Tribes filed their response to the Motion for Remand one week early, ECF No. 74, Industry had ample opportunity to respond to the Tribes' arguments, yet repeatedly failed to do so. *See* ECF No. 74 at 10-11. While the Notice and Declaration assert that there is regulatory confusion from returning to the status quo regime that complies with the Clean Water Act (the pre-2015 Rules, informed by the *Rapanos* Guidance), that is not grounds to avoid vacatur of the Navigable Waters Protection Rule, which is causing serious, actual environmental harm in contravention of the Clean Water Act. *See* ECF No. 74 at 10.

In sum, Industry's Notice and Declaration are untimely, contrary to this Court's rules, and unavailing.

DATED: August 9, 2021

s/ Stuart C. Gillespie
Stuart C. Gillespie, CO # 42861
Alexandra Schluntz (MA # 704320)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org
aschluntz@eartjustice.org

Janette K. Brimmer, WSBA # 41271
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa,*

*Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa*

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2021, I electronically filed the foregoing **RESPONSE TO INTERVENORS-DEFENDANTS' NOTICE OF SUPPLEMENTAL INFORMATION** with the Clerk of the District Court using the CM/ECF system, which will send notice of this filing by e-mail to all counsel of record.

| | |
|---|---|
| Daniel Pinkston, CO #11423<br>999 18th Street,<br>South Terrace, Suite 370,<br>Denver, CO 80202<br>daniel.pinkston@usdoj.gov<br>Phone: (303) 844-1804<br>Facsimile: (303) 844-1350<br><br>*Attorney for Defendants* | Bradley J. Glass, Ariz. Bar. #022463<br>Stuart S. Kimball, Ariz. Bar. #026681<br>GALLAGHER & KENNEDY, P.A.<br>2575 East Camelback Road<br>Phoenix, Arizona 85016-9225<br>brad.glass@gknet.com<br>stuart.kimball@gknet.com<br>Phone: (602) 530-8000<br>Facsimile: (602) 530-8500<br><br>*Attorneys for Intervenors-Defendants* |
| James M. Manley, Ariz. Bar. #031820<br>PACIFIC LEGAL FOUNDATION<br>3241 E Shea Boulevard, # 108<br>Phoenix, Arizona 85028<br>jmanley@pacificlegal.org<br>Telephone: (916) 419-7111<br>Facsimile: (916) 419-7747<br><br>*Attorneys for Defendant-Intervenors Chantell and Michael Sackett* | Anthony L. François, Cal. Bar. #184100*<br>Charles T. Yates, Cal. Bar # 327704*<br>PACIFIC LEGAL FOUNDATION<br>930 G Street<br>Sacramento, California 95814<br>afrancois@pacificlegal.org<br>cyates@pacificlegal.org<br>Telephone: (916) 419-7111<br>Facsimile: (916) 419-7747<br><br>*Attorneys for Defendant-Intervenors Chantell and Michael Sackett* |

<u>s/ Stuart C. Gillespie</u>