Stuart C. Gillespie (CO Bar No. 42861) *(admitted pro hac vice)*
Alexandra Schluntz (MA Bar No. 704320) *(admitted pro hac vice)*
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org
aschluntz@earthjustice.org

Janette K. Brimmer (WA Bar No. 41271) *(admitted pro hac vice)*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, Fond du Lac Band of Lake Superior Chippewa, and Bad River Band of Lake Superior Chippewa*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA AT TUCSON

| | |
|---|---|
| Pascua Yaqui Tribe, *et al*.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>United States Environmental Protection Agency, *et al*.,<br><br>　　　　Defendants,<br>and<br><br>Arizona Rock Products Association, *et al*.,<br><br>　　　　Intervenors-Defendants,<br>and<br><br>Chantell Sackett; Michael Sackett,<br><br>　　　　Intervenors-Defendants. | Case No. 4:20-cv-00266-RM<br><br>Assigned Judge: Rosemary Márquez<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiffs Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa (the "Tribes") hereby file this Notice of Supplemental Authority to alert the Court to a recent decision from the Ninth Circuit that is relevant to the issues under consideration in this case: attached is a copy of *Sackett v. U.S. Env't Prot. Agency*, No. 19-35469, 2021 WL 3611779, -- F.4th -- (9th Cir. Aug. 16, 2021).

DATED: August 17, 2021

s/ Stuart C. Gillespie
Stuart C. Gillespie, CO # 42861
Alexandra Schluntz (MA # 704320)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org
aschluntz@eartjustice.org

Janette K. Brimmer, WSBA # 41271
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa*

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2021, I electronically filed the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CROSS-MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of the District Court using the CM/ECF system, which will send notice of this filing by e-mail to all counsel of record.

| | |
|---|---|
| Daniel Pinkston, CO #11423<br>999 18th Street,<br>South Terrace, Suite 370,<br>Denver, CO 80202<br>daniel.pinkston@usdoj.gov<br>Phone: (303) 844-1804<br>Facsimile: (303) 844-1350<br><br>*Attorney for Defendants* | Bradley J. Glass, Ariz. Bar. #022463<br>Stuart S. Kimball, Ariz. Bar. #026681<br>GALLAGHER & KENNEDY, P.A.<br>2575 East Camelback Road<br>Phoenix, Arizona  85016-9225<br>brad.glass@gknet.com<br>stuart.kimball@gknet.com<br>Phone: (602) 530-8000<br>Facsimile: (602) 530-8500<br><br>*Attorneys for Intervenors-Defendants* |
| James M. Manley, Ariz. Bar. #031820<br>PACIFIC LEGAL FOUNDATION<br>3241 E Shea Boulevard, # 108<br>Phoenix, Arizona 85028<br>jmanley@pacificlegal.org<br>Telephone: (916) 419-7111<br>Facsimile: (916) 419-7747<br><br>*Attorneys for Defendant-Intervenors Chantell and Michael Sackett* | Anthony L. François, Cal. Bar. #184100*<br>Charles T. Yates, Cal. Bar # 327704*<br>PACIFIC LEGAL FOUNDATION<br>930 G Street<br>Sacramento, California 95814<br>afrancois@pacificlegal.org<br>cyates@pacificlegal.org<br>Telephone: (916) 419-7111<br>Facsimile: (916) 419-7747<br><br>*Attorneys for Defendant-Intervenors Chantell and Michael Sackett* |

s/ Stuart C. Gillespie