HUBERT T. LEE
DANIEL PINKSTON
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
150 M Street NE, Room 4.1116
Washington, DC 20002
Hubert.lee@usdoj.gov
Daniel.pinkston@usdoj.gov
(202) 514-1806 (Lee)
(303) 844-1804 (Pinkston)

Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA AT TUCSON

| | |
|---|---|
| PASQUA YAQUI TRIBE, et al., | )<br>) Case No. 4:20-cv-00266-RM |
| Plaintiffs, | )<br>) Assigned Judge: Hon. Rosemary Márquez |
| v. | )<br>) JOINT MOTION FOR EXTENSION |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et. al., | ) OF TIME TO SUBMIT PROPOSAL(S)<br>) FOR FURTHER PROCEEDINGS<br>) RELATING TO 2019 RULE CLAIMS |
| Defendants, | ) |
| and | ) |
| ARIZONA ROCK PRODUCTS ASSOCIATION, et al., | ) |
| Intervenors-Defendants, | ) |
| and | ) |
| CHANTELL SACKETT and MICHAEL SACKETT, | ) |
| Intervenors-Defendants. | ) |

JOINT MOTION FOR EXTENSION OF TIME - 1

Plaintiffs Pascua Yaqui Tribe, et al. ("Plaintiffs"), Defendants United States Environmental Protection Agency, et al. ("Agencies"), Defendant-Intervenors Arizona Rock Products Association, et al. ("Business Intervenors"), and Defendant-Intervenors Chantell Sackett and Michael Sackett ("Sackett"), jointly move for an extension of time, to and including November 30, 2021, within which to submit "a proposal or proposals for further proceedings concerning Plaintiffs' challenge to the 2019 Repeal Rule in Count V of the Complaint," as required by the Court's Order ("Order") of August 30, 2021, ECF No. 99, at 11. As grounds for their Joint Motion, the parties state as follows:

1. This case involves two rules promulgated by the United States Environmental Protection Agency ("EPA") and the United States Army Corps of Engineers ("Corps"): (a) "The Navigable Waters Protection Rule: Definition of 'Waters of the United States,' " 85 Fed. Reg. 22,250 (Apr. 21, 2020) (the "NWPR"), and (b) the rule entitled "Definition of 'Waters of the United States' – Recodification of Pre-Existing Rules," 84 Fed. Reg. 56,626 (Oct. 22, 2019) ("2019 Rule").

2. Plaintiffs filed their Complaint on June 22, 2020, ECF No. 1, challenging both the NWPR and the 2019 Rule for a variety of reasons. Count V of the Complaint alleged that the 2019 Rule is arbitrary and capricious, an abuse of discretion, and contrary to the Clean Water Act ("CWA"), 33 U.S.C. § 1251 *et seq*. The Agencies answered the Complaint on September 8, 2020 (ECF No. 17) and filed a certified index to the administrative record for the 2019 Rule and for the NWPR on November 16, 2020 (ECF Nos. 21, 22).

JOINT MOTION FOR EXTENSION OF TIME - 2

3. On May 5, 2021, the Court granted the Business Intervenors' motion to intervene as Defendant-Intervenors. ECF No. 43. On May 14, 2021, the Court granted the Sacketts' motion to intervene as Defendant-Intervenors. ECF No. 70.

4. On May 11, 2021, Plaintiffs filed a motion for summary judgment, asking the Court to vacate the NWPR and the 2019 Rule. ECF Nos. 47-68. On July 13, 2021, the Business Intervenors filed a cross-motion for summary judgment (ECF No. 79), as did the Sacketts. ECF No. 77.

5. On July 13, 2021, in lieu of filing a response to Plaintiffs' motion for summary judgment, the Agencies filed a Motion for Voluntary Remand of the NWPR Without Vacatur and Motion for Abeyance of Briefing on the 2019 Rule Claims. ECF No. 72.

6. After briefing by the parties and oral argument, the Court issued the Order on August 30, 2021. ECF No. 99. The Court ordered that the Navigable Waters Protection Rule is **vacated** and **remanded** to the United States Environmental Protection Agency and the United States Corps of Engineers." *Id*. at 11. Accordingly, the Court dismissed Counts I through IV of the Complaint. *Id*.

7. Following the Court's order, the Agencies released a public statement explaining that they "have halted implementation of the Navigable Waters Protection Rule and are interpreting 'waters of the United States' consistent with the pre-2015 regulatory regime until further notice." *See* Current Implementation of Waters of the United States, https://www.epa.gov/wotus/current-implementation-waters-united-states (last visited Sept. 28, 2021).

JOINT MOTION FOR EXTENSION OF TIME - 3

8.  The Court also ordered "that within **thirty (30)** days of the date this Order is filed, the parties shall file a proposal or proposals for further proceedings concerning Plaintiffs' challenge to the 2019 Repeal Rule in Count V of the Complaint." *Id*.

9.  The parties have consulted among themselves in light of the Court's order requiring a proposal or proposals for further proceedings relating to the 2019 Rule, and jointly request that the Court extend the time by which they must submit such proposals to and including November 30, 2021.

10. The Agencies are in the process of a rulemaking regarding the definition of "waters of the United States" in the CWA.  They have undertaken public outreach to gather information and feedback to assist in their development of a proposed rule.  *See, e.g.*, 86 Fed. Reg. 41,911 (Aug. 4, 2021) (announcing the Agencies' plans for rulemaking and stakeholder involvement).  The Agencies anticipate issuing a proposed rule within the coming months.  If a proposed rule is published, the content of that rule may affect some or all of the parties' views on further litigation regarding the 2019 Rule.

11. In addition, the Business Intervenors currently plan to appeal the Court's Order regarding remand and vacatur of the NWPR, and will likely seek to stay that portion of the Order in this Court or in the Ninth Circuit Court of Appeals.  They intend to proceed with an appeal and request for stay prior to November 30, 2021.  The Sacketts are currently considering an appeal of the Court's Order.  If the Business Intervenors or Sacketts pursue this course, it might have an effect on how the parties view further proceedings regarding the 2019 Rule.

JOINT MOTION FOR EXTENSION OF TIME - 4

12. Because of the likely ongoing near-term events which might affect various parties' views of the preferable course of proceedings regarding the 2019 Rule, the parties respectfully request that the Court extend the time by which they must report their views on continued litigation of the 2019 Rule by approximately sixty days, to and including November 30, 2021. The requested extension should provide the parties with more information relevant to how the remaining issues in this case should be litigated, if at all.

13. At this time, though, no party has expressed an urgent need to continue litigation regarding the 2019 Rule.

WHEREFORE, the parties jointly move the Court to extend the time by which they must file proposals for further proceedings relating to the 2019 Rule to November 30, 2021.

Respectfully submitted this 29th day of September 2021.

*Counsel for Plaintiffs Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa:*

<u>*/s/ Stuart C. Gillespie*</u>
Stuart C. Gillespie, CO # 42861
Alexandra O. Schluntz, MA # 704320
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org

JOINT MOTION FOR EXTENSION OF TIME - 5

Janette K. Brimmer, WSBA # 41271
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA  98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Defendants:*

*/s/ Daniel Pinkston*
DANIEL PINKSTON
HUBERT T. LEE
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

*Counsel for Business Intervenor-Defendants:*

*/s/ Bradley J. Glass*
D. Lee Decker (Bar No. 013202)
Bradley J. Glass (Bar No. 022463)
Stuart S. Kimball (Bar No. 026681)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, AZ  85106-9225
Telephone:  (602) 530-8000
Facsimile:  (602) 530-8500
dld@gknet.com
brad.glass@gknet.com
stuartkimball@gknet.com

*Counsel for Defendants-Intervenors Chantell and Michael Sackett:*

*/s/ Charles T. Yates*
CHARLES T. YATES, Cal. Bar No. 327704*
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
Telephone:  (916) 419-7111
Facsimile:  (916) 419-7747
cyates@pacificlegal.org

JOINT MOTION FOR EXTENSION OF TIME - 6

JAMES M. MANLEY, Ariz. Bar No. 031820
Pacific Legal Foundation
3241 Shea Boulevard, # 108
Phoenix, AZ 85028
Telephone:  (916) 419-7111
Facsimile:  (916) 419-7747
jmanley@pacificlegal. Org

*pro hac vice*

JOINT MOTION FOR EXTENSION OF TIME - 7

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a notice of electronic filing to registered counsel for all parties.

*/S/ DANIEL PINKSTON*

JOINT MOTION FOR EXTENSION OF TIME - 8