1  D. Lee Decker (Bar No. 013202)
   Bradley J. Glass (Bar No. 022463)
2  Stuart S. Kimball (Bar No. 026681)
   GALLAGHER & KENNEDY, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona  85016-9225
4  Telephone:    (602) 530-8000
   Facsimile:    (602) 530-8500
5  dld@gknet.com
   brad.glass@gknet.com
6  stuart.kimball@gknet.com

7  Attorneys for Business-Intervenors-Defendants

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF ARIZONA

10

11 PASQUA YAQUI TRIBE, *ET AL.*,                    No. 4:20-cv-00266-TUC-RM

                        Plaintiffs,               **BUSINESS-INTERVENORS-**
12                                                **DEFENDANTS' MOTION FOR**
                                                  **STAY PENDING APPEAL**
13 v.
                                                  (Assigned to the Honorable Rosemary
14 UNITED STATES ENVIRONMENTAL                     Márquez)
   PROTECTION AGENCY, *ET AL.*,
15
                        Defendants,
16
   and
17
   ARIZONA ROCK PRODUCTS ASSOCIATION,
18 *ET AL.*,

19                      Business-Intervenors-
                        Defendants,
20
   and
21
   CHANTELL SACKETT AND MICHAEL
22 SACKETT,

23                      Intervenors-Defendants.

24         Pursuant to Fed. R. Civ. P. 62 and Fed. R. App. P. 8(a)(1)(A) and for the reasons

25 outlined in the Memorandum in Support filed concurrently herewith, Business-

26 Intervenors-Defendants Arizona Rock Products Association; National Stone, Sand and

27 Gravel Association; Arizona Cattle Feeders Association; Home Builders Association of

28 Central Arizona; Arizona Farm and Ranch Group; Arizona Farm Bureau; and Arizona

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
(602) 530-8000

Chapter Associated General Contractors (together, "Business-Intervenors")[1] move this Court to stay its Order dated August 30, 2021 ("Order") (Doc. 99) pending their appeal of the Order to the Ninth Circuit Court of Appeals. Business-Intervenors are filing their Memorandum in Support of Motion for Stay Pending Appeal ("Memorandum in Support") and Notice of Appeal concurrently with this Motion. For the reasons set forth in the Memorandum of Support, Business-Intervenors request the Court stay the Order pending their appeal.  Alternatively, Business-Intervenors request that the Court vacate the Order or limit its application to the Plaintiffs pending their appeal.

Business-Intervenors have conferred with the other parties and have been advised that Plaintiffs oppose the Motion; the Agencies reserve their position pending review of the Motion; and the Sacketts-Intervenors do not oppose the Motion.

RESPECTFULLY SUBMITTED this 25th day of October, 2021.

GALLAGHER & KENNEDY, P.A.

By: */s/ Bradley J. Glass*

D. Lee Decker
Bradley J. Glass
Stuart S. Kimball
2575 East Camelback Road
Phoenix, Arizona  85016-9225

Attorneys for Business-Intervenors-Defendants

---

[1] Each Business-Intervenor is affiliated with nationwide trade associations and groups, many of which were involved as intervenor-defendants or amici in other cases challenging the NWPR. Because the Court's Order and nationwide vacatur effectively ended those cases, the following nationwide trade associations and groups plan to support Business-Intervenors' appeal and this Motion: National Mining Association, American Forest & Paper Association, National Association of Home Builders, American Farm Bureau Federation, National Pork Producers Council, and American Road and Transportation Builders Association.

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3

      I hereby certify that on October 25, 2021, I electronically transmitted the foregoing

4

Notice of Appeal to the Clerk's Office using the CM/ECF System for filing and

5

transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

6

                             */s/ Bradley J. Glass*

7

                             Bradley J. Glass

8

8699357v1/21054-0011

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3