# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: United States District Court, District of Arizona

U.S. District Court case number: 4:20-CV-00266-TUC-RM

Date case was first filed in U.S. District Court: June 22, 2020

Date of judgment or order you are appealing: August 30, 2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Arizona Rock Products Association; National Stone, Sand and Gravel Association; Arizona Cattle Feeders Association; Home Builders Association of Central Arizona; Arizona Farm and Ranch Group; Arizona Farm Bureau; and Arizona Chapter Associated General Contractors

Is this a cross-appeal?  ○ Yes   ☉ No

If Yes, what is the first appeal case number? n/a

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number? n/a

Your mailing address:

Gallagher & Kennedy, P.A.

2575 East Camelback Road, Suite 1100

City: Phoenix   State: AZ   Zip Code: 85016

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Bradley J. Glass   **Date** Oct 25, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                           *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Arizona Rock Products Association; National Stone, Sand and Gravel Association; Arizona Cattle Feeders Association; Home Builders Association of Central Arizona; Arizona Farm and Ranch Group; Arizona Farm Bureau; and

Name(s) of counsel (if any):

D. Lee Decker; Bradley J. Glass; Stuart S. Kimball

Address: 2575 East Camelback Road, Suite 1100, Phoenix, Arizona 85016

Telephone number(s): 602-530-8000

Email(s): dld@gknet.com; brad.glass@gknet.com; stuart.kimball@gknet.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Pasqua Yaqui Tribe

Name(s) of counsel (if any):

Alexandra Schluntz; Janette K. Brimmer; Stuart C Gillespie

Address: 633 17th St., Suite 1600, Denver, Colorado 80202; 810 3rd Ave., Suite 6

Telephone number(s): 303-996-9612; 206-343-7340; 303-623-9466

Email(s): aschluntz@earthjustice.org; jbrimmer@earthjustice.org; sgillespie@ear

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                         *1*                         *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Arizona Rock Products Association; National Stone, Sand and Gravel Association; Arizona Cattle Feeders Association; Home Builders Association of

Name(s) of counsel (if any):

D. Lee Decker; Bradley J. Glass; Stuart S. Kimball

Address: 2575 East Camelback Road, Suite 1100, Phoenix, Arizona 85016

Telephone number(s): 602-530-8000

Email(s): dld@gknet.com; brad.glass@gknet.com; stuart.kimball@gknet.com

Is counsel registered for Electronic Filing in the 9th Circuit? ● Yes ○ No

## Appellees

Name(s) of party/parties:

Quinault Indian Nation

Name(s) of counsel (if any):

Alexandra Schluntz; Janette K. Brimmer; Stuart C Gillespie

Address: 633 17th St., Suite 1600, Denver, Colorado 80202; 810 3rd Ave., Suite 6

Telephone number(s): 303-996-9612; 206-343-7340; 303-623-9466

Email(s): aschluntz@earthjustice.org; jbrimmer@earthjustice.org; sgillespie@ear

Name(s) of party/parties:

Fond Du Lac Band of Lake Superior Chippewa

Name(s) of counsel (if any):

Alexandra Schluntz; Janette K. Brimmer; Stuart C Gillespie

Address: 633 17th St., Suite 1600, Denver, Colorado 80202; 810 3rd Ave., Suite 6

Telephone number(s): 03-996-9612; 206-343-7340; 303-623-9466

Email(s): schluntz@earthjustice.org; jbrimmer@earthjustice.org; sgillespie@earth

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6           2           *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Arizona Rock Products Association; National Stone, Sand and Gravel Association; Arizona Cattle Feeders Association; Home Builders Association of

Name(s) of counsel (if any):

D. Lee Decker; Bradley J. Glass; Stuart S. Kimball

Address: 2575 East Camelback Road, Suite 1100, Phoenix, Arizona 85016

Telephone number(s): 602-530-8000

Email(s): dld@gknet.com; brad.glass@gknet.com; stuart.kimball@gknet.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

## Appellees

Name(s) of party/parties:

Menominee Indian Tribe of Wisconsin

Name(s) of counsel (if any):

Alexandra Schluntz; Janette K. Brimmer; Stuart C Gillespie

Address: 633 17th St., Suite 1600, Denver, Colorado 80202; 810 3rd Ave., Suite 6

Telephone number(s): 303-996-9612; 206-343-7340; 303-623-9466

Email(s): aschluntz@earthjustice.org; jbrimmer@earthjustice.org; sgillespie@ear

Name(s) of party/parties:

Tohono O'odham Nation

Name(s) of counsel (if any):

Alexandra Schluntz; Janette K. Brimmer; Stuart C Gillespie

Address: 633 17th St., Suite 1600, Denver, Colorado 80202; 810 3rd Ave., Suite 6

Telephone number(s): 303-996-9612; 206-343-7340; 303-623-9466

Email(s): aschluntz@earthjustice.org; jbrimmer@earthjustice.org; sgillespie@ear

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Arizona Rock Products Association; National Stone, Sand and Gravel Association; Arizona Cattle Feeders Association; Home Builders Association of

Name(s) of counsel (if any):

D. Lee Decker; Bradley J. Glass; Stuart S. Kimball

Address: 2575 East Camelback Road, Suite 1100, Phoenix, Arizona 85016

Telephone number(s): 602-530-8000

Email(s): dld@gknet.com; brad.glass@gknet.com; stuart.kimball@gknet.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellees**

Name(s) of party/parties:

Bad River Band of Lake Superior Chippewa

Name(s) of counsel (if any):

Alexandra Schluntz; Janette K. Brimmer; Stuart C Gillespie

Address: 633 17th St., Suite 1600, Denver, Colorado 80202; 810 3rd Ave., Suite 6

Telephone number(s): 303-996-9612; 206-343-7340; 303-623-9466

Email(s): aschluntz@earthjustice.org; jbrimmer@earthjustice.org; sgillespie@ear

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                              2                                     New 12/01/2018