HUBERT T. LEE
DANIEL PINKSTON
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
150 M Street NE, Room 4.1116
Washington, DC 20002
Hubert.lee@usdoj.gov
Daniel.pinkston@usdoj.gov
(202) 514-1806 (Lee)
(303) 844-1804 (Pinkston)

Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA AT TUCSON

| | |
|---|---|
| PASCUA YAQUI TRIBE, et al., | ) |
| | ) Case No. 4:20-cv-00266-RM |
| Plaintiffs, | ) |
| | ) Assigned Judge:  Hon. Rosemary Márquez |
| v. | ) |
| | ) UNOPPOSED MOTION FOR EXTENSION |
| UNITED STATES ENVIRONMENTAL | ) OF TIME TO RESPOND TO BUSINESS |
| PROTECTION AGENCY, et. al., | ) INTERVENORS' MOTION FOR STAY |
| | ) PENDING APPEAL (FIRST REQUEST) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| ARIZONA ROCK PRODUCTS | ) |
| ASSOCIATION, et al., | ) |
| | ) |
| Intervenors-Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| CHANTELL SACKETT and MICHAEL | ) |
| SACKETT, | ) |
| | ) |
| Intervenors-Defendants. | ) |
| _____ | ) |

DEF'S UNOPP. MOT. FOR EXT. OF TIME TO RESPOND TO STAY MOT. - 1

Defendants United States Environmental Protection Agency ("EPA"), EPA Administrator Michael Regan, United States Army Corps of Engineers ("Corps"), and Jaime Pinkham, Acting Assistant Secretary of the Army for Civil Works (collectively, "Agencies"), move the Court for a one-week extension of time, to and including November 15, 2021, within which to respond to Business-Intervenors-Defendants' Motion for Stay Pending Appeal, ECF Nos. 104-105.  No party opposes the relief requested herein.  As grounds for their motion, the Agencies state the following:

1.  On August 30, 2021, the Court entered an order ("Order") granting the Agencies' motion for remand of the Navigable Waters Protection Rule ("NWPR"), 85 Fed. Reg. 22,250 (Apr. 21, 2020), to the Agencies and also vacating the NWPR.  ECF No. 99.

2.  On October 25, 2021, Business-Intervenors-Defendants (Arizona Rock Products Association, National Stone, Sand and Gravel Association, Arizona Cattle Feeders Association, Home Builders Association of Central Arizona, Arizona Farm and Ranch Group, Arizona Farm Bureau, and Arizona Chapter Associated General Contractors) ("Business Intervenors") filed a notice of appeal of the Order to the Ninth Circuit Court of Appeals.  ECF No. 106.  On the same day, the Business Intervenors also filed a Motion for Stay Pending Appeal ("Stay Motion") (ECF No. 104) and a memorandum in support of the Stay Motion.  ECF No. 105.

3.  As per LRCiv 7.2(c), the Agencies' response to the Stay Motion is due within 14 days of service, or, in this case, by Monday, November 8, 2021.

DEF'S UNOPP. MOT. FOR EXT. OF TIME TO RESPOND TO STAY MOT. - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

4.  Due to the complexity of the issues presented in this case and in the Stay Motion, the Agencies need additional time to research and draft their response to the Stay Motion and to assure that responsible officials of EPA, the Corps, and the Department of Justice have sufficient time to review the response.  The Agencies therefore request a one-week extension of time within which to file their response to the Stay Motion.

5.  All other parties have stated that they do not object to the requested relief.  The Agencies also state that they do not object to any similar extension requested by Plaintiffs or the Sackett Intervenors if they choose to seek an extension.

WHEREFORE, the Court should extend the Agencies' time to respond to the Stay Motion to and including November 15, 2021.

Respectfully submitted,

*Counsel for Defendants:*

Dated:  Oct. 29, 2021

*/s/ Daniel Pinkston*
DANIEL PINKSTON
HUBERT T. LEE
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

DEF'S UNOPP. MOT. FOR EXT. OF TIME TO RESPOND TO STAY MOT. - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, I electronically transmitted the

foregoing to the Clerk of Court using the ECF system for filing and transmittal of a notice

of electronic filing to registered counsel for all parties.

*/S/ DANIEL PINKSTON*