Stuart C. Gillespie (CO Bar No. 42861) *(admitted pro hac vice)*
Alexandra O. Schluntz (MA Bar No. 704320) *(admitted pro hac vice)*
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org
aschluntz@earthjustice.org

Janette K. Brimmer (WA Bar No. 41271) *(admitted pro hac vice)*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Plaintiffs Pascua Yaqui Tribe, Quinault Indian Nation, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, Fond du Lac Band of Lake Superior Chippewa, and Bad River Band of Lake Superior Chippewa*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA AT TUCSON

| | |
|---|---|
| Pascua Yaqui Tribe, *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>United States Environmental Protection Agency, *et al.*,<br>　　　　Defendants,<br>　and<br>Arizona Rock Products Association, *et al.*,<br>　　　　Intervenors-Defendants,<br>and<br>Chantell Sackett; Michael Sackett,<br>　　　　Intervenors-Defendants. | Case No. 4:20-cv-00266-RM<br><br>Assigned Judge: Rosemary Márquez<br><br>**TRIBES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO BUSINESS-INTERVENORS' MOTION FOR STAY PENDING APPEAL (FIRST REQUEST)** |

-1-

Pursuant to Local Rule 7, Plaintiffs Pascua Yaqui Tribe, Quinault Indian Nation, Menominee Indian Tribe of Wisconsin, Fond du Lac Band of Lake Superior Chippewa, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa ("Tribes") respectfully request a one-week extension of time, to and including November 15, 2021, to file their opposition to Business-Intervenors' Motion for Stay Pending Appeal ("Stay Motion"), ECF Nos. 104-105.  No party opposes the relief requested herein, and it aligns with the Agencies' unopposed request for a one-week extension for their responsive pleading, ECF No. 108.  As grounds for the motion, the Tribes state as follows:

1. On August 30, 2021, the Court entered an order ("Order") granting the Agencies' motion for remand of the Navigable Waters Protection Rule ("NWPR"), 85 Fed. Reg. 22,250 (Apr. 21, 2020), to the Agencies and also vacating the NWPR.  ECF. No. 99.
2. On October 25, 2021, Business-Intervenors (Arizona Rock Products Association, National Stone, Sand and Gravel Association, Arizona Cattle Feeders Association, Home Builders Association of Central Arizona, Arizona Farm and Ranch Group, Arizona Farm Bureau, and Arizona Chapter Associated General Contractors) ("Business Intervenors") filed a notice of appeal of the Order to the Ninth Circuit Court of Appeals. ECF No. 106.  The Business Intervenors also filed a Stay Motion and a memorandum in support of the Stay Motion. ECF Nos. 104, 105.
3. Responsive pleadings to the Stay Motion are due within 14 days of service, or, in this case, by Monday, November 8, 2021.  *See* LRCiv 7.2(c),
4. On October 29, 2021, the Agencies filed an unopposed motion for a one-week extension of time for their response to the Stay Motion.  ECF No. 108.

5. Consistent with the Agencies' request, the Tribes respectfully request a similar, one-week extension of their deadline to oppose the Stay Motion.  This extension ensures that the Tribes and Agencies' responsive pleadings are due on the same date—November 15, 2021.  All of the parties agreed to that approach as part of the Agencies' request for an extension.

WHEREFORE, the Court should extend the Tribes' time to respond to the Stay Motion to and including November 15, 2021.

Respectfully submitted

DATED: November 1, 2021

*s/ Stuart G. Gillespie*
Stuart C. Gillespie, CO # 42861
Alexandra O. Schluntz, MA # 704320
   *(admitted pro hac vice)*
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9616
sgillespie@earthjustice.org

Janette K. Brimmer, WSBA # 41271
   *(admitted pro hac vice)*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA  98104
(206) 343-7340
jbrimmer@earthjustice.org

*Counsel for Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa*

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2021, I electronically filed the foregoing **PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO BUSINESS-INTERVENORS' MOTION FOR STAY PENDING APPEAL** with the Clerk of the District Court using the CM/ECF system, which will send notice of this filing by e-mail to all counsel of record.

Daniel Pinkston, CO #11423
999 18th Street,
South Terrace, Suite 370,
Denver, CO 80202
daniel.pinkston@usdoj.gov
Phone: (303) 844-1804
Facsimile: (303) 844-1350

*Attorney for Defendants*

Bradley J. Glass (022463)
David L. Decker (013202)
Stuart S. Kimball (026681)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
brad.glass@gknet.com
stuart.kimball@gknet.com
Phone: (602) 530-8000
Facsimile: (602) 530-8500

*Attorneys for Intervenors-Defendants*
*Arizona Rock Products Association et al.*

JAMES M. MANLEY, Ariz. Bar. No. 031820
Pacific Legal Foundation
3241 E Shea Boulevard, # 108
Phoenix, Arizona 85028
jmanley@pacificlegal.org
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

CHARLES T. YATES, Cal. Bar No. 327704*
Pacific Legal Foundation
555 Capitol Mall, suite 1290
Sacramento, California 95814
cyates@pacificlegal.org
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Intervenors-Defendants
Chantell and Michael Sackett*

                                                                                          s/ Stuart C. Gillespie