# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pasqua Yaqui Tribe, et al., | No. CV-20-00266-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Environmental Protection Agency, et al., | |
| Defendants. | |

On August 30, 2021, the Court vacated and remanded the Navigable Waters Protection Rule, 85 Fed. Reg. 22,250 (Apr. 21, 2020). (Doc. 99.) Intervenor-Defendants Arizona Rock Products Association; National Stone, Sand and Gravel Association; Arizona Cattle Feeders Association; Home Builders Association of Central Arizona; Arizona Farm and Ranch Group; Arizona Farm Bureau; and Arizona Chapter Associated General Contractors ("Business Intervenors") filed a Notice of Appeal (Doc. 106) and a Motion to Stay (Doc. 104) the Court's August 30, 2021 Order pending the appeal.

Defendants United States Environmental Protection Agency ("EPA"), EPA Administrator Michael Regan, United States Army Corps of Engineers, and Acting Assistant Secretary of the Army for Civil Works Jaime Pinkham (collectively, "Agencies") and Plaintiffs Pasqua Yaqui Tribe, Quinault Indian Nation, Menominee Indian Tribe of Wisconsin, Fond du Lac Band of Lake Superior Chippewa, Tohono O'odham Nation, and Bad River Band of Lake Superior Chippewa request a one-week extension of the deadline for responding to the Motion for Stay. (Docs. 108, 109.) The

requests for extension of time are unopposed.  (Doc. 108 at 3; Doc. 109 at 2.)

Good cause appearing, and there being no objection,

**IT IS ORDERED** that the Motions for Extension of Time to Respond to Business-Intervenors' Motion for Stay Pending Appeal (Docs. 108, 109) are **granted**. The deadline for responding to the Business-Intervenors' Motion for Stay Pending Appeal is extended to **November 15, 2021**.

Dated this 1st day of November, 2021.

_____
Honorable Rosemary Márquez
United States District Judge