# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pasqua Yaqui Tribe, et al., | No. CV-20-00266-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Environmental Protection Agency, et al., | |
| Defendants. | |

Plaintiffs Pascua Yaqui Tribe, Quinault Indian Nation, Fond du Lac Band of Lake Superior Chippewa, Menominee Indian Tribe of Wisconsin, Tohono O'Odham Nation, and Bad River Band of Lake Superior Chippewa ("Plaintiffs") initiated this action on June 22, 2020, challenging two final rules promulgated by the United States Environmental Protection Agency and the United States Army Corps of Engineers (collectively, "Agencies"). (Doc. 1.) The first, entitled "Definition of 'Waters of the United States'—Recodification of Pre-Existing Rules," 84 Fed. Reg. 56,626 (Oct. 22, 2019) ("2019 Repeal Rule"), repealed the 2015 "Clean Water Rule." The second, entitled "The Navigable Waters Protection Rule: Definition of 'Waters of the United States,'" 85 Fed. Reg. 22,250 (Apr. 21, 2020) ("NWPR"), established a new definition of the phrase "waters of the United States" in the Clean Water Act ("CWA").

On August 30, 2021, the Court vacated the NWPR and remanded it to the Agencies for reconsideration. (Doc. 99.) The Court also required the parties to file a proposal for further proceedings concerning Plaintiffs' challenge to the 2019 Repeal

Rule. (*Id.* at 11.)[1]

On November 30, 2021, the parties filed a Joint Proposal for Further Proceedings Regarding Remaining Claims. (Doc. 114.) In the Joint Proposal, the parties aver that the Agencies are in the process of a rulemaking regarding the definition of "waters of the United States" in the CWA and, on November 18, 2021, signed a proposed rule that would put back in place the pre-2015 definition of "waters of the United States," updated to reflect consideration of Supreme Court decisions ("Proposed Rule"). (*Id.* at 4.) The parties agree "that the most efficient course for this case is to hold Plaintiffs' remaining claims regarding the 2019 [Repeal] Rule in abeyance pending publication in the Federal Register of a final rule regarding the Proposed Rule or a decision by the Agencies not to proceed with the rulemaking." (*Id.* at 5.) The parties propose that they submit a proposal or proposals for further proceedings within 21 days of whichever event first occurs, with each party reserving "the right to move the Court to lift or extend the abeyance prior to the end of the abeyance period if circumstances warrant." (*Id.*)

Good cause appearing, and there being no objection,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

---

[1] Defendant-Intervenors Arizona Rock Products Association; National Stone, Sand, and Gravel Association; Arizona Cattle Feeders Association; Home Builders Association of Central Arizona; Arizona Farm and Ranch Group; Arizona Farm Bureau; and Arizona Chapter Associated General Contractors filed a Notice of Appeal (Doc. 106) and a Motion to Stay the Court's August 30, 2021 Order pending their appeal (Doc. 104). The Motion to Stay will be resolved in a separate Order.

**IT IS ORDERED** that the parties' Joint Proposal for Further Proceedings (Doc. 114) is **adopted**. Further proceedings regarding Plaintiffs' remaining claim in this action are held in abeyance pending the earlier of (A) publication of a final rule regarding the Proposed Rule or (B) a determination by the Agencies to terminate the rulemaking regarding the Proposed Rule. The parties shall submit a proposal or proposals for further proceedings within **21 days** after whichever event described above first occurs.

Dated this 6th day of December, 2021.

_____
Honorable Rosemary Márquez
United States District Judge