D. Lee Decker (Bar No. 013202)
Bradley J. Glass (Bar No. 022463)
Stuart S. Kimball (Bar No. 026681)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
dld@gknet.com
brad.glass@gknet.com
stuart.kimball@gknet.com

Attorneys for Business-Intervenors-Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PASQUA YAQUI TRIBE, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *ET AL.*, <br><br> Defendants, <br><br> and <br><br> ARIZONA ROCK PRODUCTS ASSOCIATION, *ET AL.*, <br><br> Business-Intervenors-Defendants, <br><br> and <br><br> CHANTELL SACKETT AND MICHAEL SACKETT, <br><br> Intervenors-Defendants. | No. 4:20-cv-00266-TUC-RM <br><br> **BUSINESS-INTERVENORS-DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW MOTION FOR STAY PENDING APPEAL** <br><br> (Assigned to the Honorable Rosemary Márquez) |

Pursuant to Federal Rule of Appellate Procedure 42(b), Business-Intervenors-Defendants ("Business-Intervenors") moved the Ninth Circuit Court of Appeals to voluntarily dismiss their appeal earlier today. In light of the pending dismissal of the appeal, Business-Intervenors' Motion for Stay Pending Appeal (Dkt. 104) is now moot

1

1 and Business-Intervenors respectfully move the Court to withdraw that Motion.
2 Appellees do not oppose this motion.
3    RESPECTFULLY SUBMITTED this 4th day of January, 2022.

            GALLAGHER & KENNEDY, P.A.


            By: */s/ Bradley J. Glass*
              D. Lee Decker
              Bradley J. Glass
              Stuart S. Kimball
              2575 East Camelback Road
              Phoenix, Arizona 85016-9225

            Attorneys for Business-Intervenors-Defendants

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 4, 2022, I electronically transmitted the foregoing Unopposed Motion to Withdraw Motion for Stay Pending Appeal with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

            */s/ Bradley J. Glass*

8778140v1/21054-0011

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| PASQUA YAQUI TRIBE, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *ET AL.*, <br><br> Defendants, <br><br> and <br><br> ARIZONA ROCK PRODUCTS ASSOCIATION, *ET AL.*, <br><br> Business-Intervenors-Defendants, <br><br> and <br><br> CHANTELL SACKETT AND MICHAEL SACKETT, <br><br> Intervenors-Defendants. | No. 4:20-cv-00266-TUC-RM <br><br> **PROPOSED ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW MOTION FOR STAY PENDING APPEAL** <br><br> (Assigned to the Honorable Rosemary Márquez) |

In light of the Business-Intervenors-Defendants' voluntary dismissal filed in the Ninth Circuit Court of Appeals, the Court finds that Business-Intervenors-Defendants' Motion for Stay Pending Appeal (Dkt. 104) is moot and grants the Unopposed Motion to Withdraw Motion for Stay Pending Appeal.

_____
The Honorable Rosemary Márquez

8780449v1/21054-0011                 1