HUBERT T. LEE
DANIEL PINKSTON
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
150 M Street NE, Room 4.1116
Washington, DC 20002
Hubert.lee@usdoj.gov
Daniel.pinkston@usdoj.gov
(202) 514-1806 (Lee)
(303) 844-1804 (Pinkston)

Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA AT TUCSON

| | |
|---|---|
| PASQUA YAQUI TRIBE, et al., | |
| Plaintiffs, | Case No. 4:20-cv-00266-RM |
| v. | Assigned Judge: Hon. Rosemary Márquez |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et. al., | **NOTICE OF FINAL RULE** |
| Defendants, | |
| and | |
| ARIZONA ROCK PRODUCTS ASSOCIATION, et al., | |
| Intervenors-Defendants, | |
| and | |
| CHANTELL SACKETT and MICHAEL SACKETT, | |
| Intervenors-Defendants. | |

NOTICE OF FINAL RULE - 1

Defendants the United States Environmental Protection Agency ("EPA"), the United States Army Corps of Engineers, Michael Regan, in his official capacity as Administrator of EPA, and Michael Conner, in his official capacity as Assistant Secretary of the Army for Civil Works (collectively, "the Agencies")[1] wish to notify the Court and the parties that the Administrator of EPA and the Assistant Secretary of the Army for Civil Works signed a final rule entitled "Revised Definition of 'Waters of the United States,' " on December 29, and December 28, 2022, respectively. The pre-publication version is available on EPA's website, https://www.epa.gov/system/files/documents/2022-12/Pre-Publication%20Final%20Rule%20Notice.pdf (last visited December 30, 2022). This rule defines "waters of the United States" under the Clean Water Act. The rule will be published in the Federal Register and will be effective 60 days thereafter. In accordance with this Court's December 6, 2021 Order, Dkt. No. 116, the Agencies will notify the Court when the rule is published and will coordinate with the parties to file a proposal or proposals for further proceedings no later than 21 days from the date the rule is published in the Federal Register.

Respectfully submitted this 6th day of January, 2023.

*Counsel for Defendants:*

*/s/ Hubert T. Lee*

HUBERT T. LEE
DANIEL PINKSTON
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

---

[1] EPA Administrator Michael S. Regan and Assistant Secretary of the Army for Civil Works Michael L. Connor are automatically substituted in their official capacity for their predecessors in office pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

NOTICE OF FINAL RULE - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2023, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a notice of electronic filing to registered counsel for all parties.

*/S/ HUBERT T. LEE*
