HUBERT T. LEE
DANIEL PINKSTON
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
150 M Street NE, Room 4.1116
Washington, DC 20002
Hubert.lee@usdoj.gov
Daniel.pinkston@usdoj.gov
(202) 514-1806 (Lee)
(303) 844-1804 (Pinkston)

Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA AT TUCSON

| | |
|---|---|
| PASQUA YAQUI TRIBE, et al., | ) |
| | ) Case No. 4:20-cv-00266-RM |
| Plaintiffs, | ) |
| | ) Assigned Judge: Hon. Rosemary Márquez |
| v. | ) |
| | ) NOTICE OF FINAL RULE |
| UNITED STATES ENVIRONMENTAL | ) |
| PROTECTION AGENCY, et. al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| ARIZONA ROCK PRODUCTS | ) |
| ASSOCIATION, et al., | ) |
| | ) |
| Intervenors-Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| CHANTELL SACKETT and MICHAEL | ) |
| SACKETT, | ) |
| | ) |
| Intervenors-Defendants. | ) |

DEFENDANTS' NOTICE OF FINAL RULE - 1

Defendants United States Environmental Protection Agency (EPA"), United States Army Corps of Engineers, Michael Regan, in his official capacity as Administrator of EPA, and Michael Connor[1], in his official capacity as Assistant Secretary of the Army for Civil Works, wish to notify the Court and the parties that on January 18, 2023, the final rule entitled "Revised Definition of 'Waters of the United States,'" was published in the Federal Register.  *See* 88 Fed Reg. 3004 (Jan. 18, 2023).  This rule defines "waters of the United States" under the Clean Water Act.  The rule goes into effect on March 20, 2023.

Respectfully submitted,

*Counsel for Defendants:*

Dated:  Jan. 19, 2023

*/s/ Daniel Pinkston*
DANIEL PINKSTON
HUBERT T. LEE
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a notice of electronic filing to registered counsel for all parties.

*/S/ DANIEL PINKSTON*

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Michael Connor is automatically substituted for Taylor Ferrell.

DEFENDANTS' NOTICE OF FINAL RULE - 2