# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pasqua Yaqui Tribe, et al., | No. CV-20-00266-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Environmental Protection Agency, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice. (Doc. 123.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss without prejudice the remaining claim in this proceeding with each party to bear its own costs and attorney fees. (*Id.*)

Good cause appearing,

**IT IS ORDERED** that the Joint Stipulation of Dismissal Without Prejudice is **approved**. The above-captioned action is **dismissed without prejudice**, with each party to bear its own costs and attorney's fees. The Clerk of Court is directed to close this case.

Dated this 13th day of February, 2023.

Honorable Rosemary Márquez
United States District Judge